**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

RAY SCOTT FUSS, )
)
    Plaintiff, )
)
v. )    Case No. 1:22-cv-00064-AT
)
FREDRICK M. BENSCH, et al., )
)
    Defendants. )
)

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. Rule 41, Plaintiff, by and through undersigned counsel, hereby gives notice of, and stipulates to, the dismissal with prejudice of his Complaint, including all claims brought or that could have been brought herein by Plaintiff, with the parties bearing their own attorney fees and costs, subject to the terms of the Court's Order dated July 31, 2026, regarding the Motion to Enforce the Settlement Agreement. The Clerk is hereby authorized to mark Plaintiff's Complaint "Dismissed with Prejudice."

This 5th day of August, 2026.

Respectfully submitted,

*/s/ Steven G. Hill*
Steven G. Hill
Georgia State Bar No. 354658
David L. Ludwig
Georgia State Bar No.  616971
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd. SE, Suite 1050

Atlanta, GA 30339
Phone: (770) 953-0995
Email: sgh@hkw-law.com
Email: dludwig@hkw-law.com

***/s/ Blaine A. Norris***
Blaine A. Norris
Georgia State Bar No. 545832
John R. Autry
Georgia State Bar No. 02902
BLAINE A. NORRIS, PC
1143 Prince Ave
Athens, GA 30606
Phone:  (706) 850-9400
Email:  blaine@NorrisInjuryLaw.com
Email:  john@NorrisInjuryLaw.com

***/s/ Matthew T. Hoots***
Gregory Scott Smith
Georgia State Bar No. 658377
Matthew T. Hoots
Georgia State Bar No. 101080
SMITH TEMPEL BLAHA LLC
1055 Prince Ave
Athens, GA 30606
Phone:  (706) 621-5777
Email:  mhoots@srtslaw.com
Email:  gsmith@srtslaw.com

*Counsel for Plaintiff Ray Scott Fuss*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 5th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

Respectfully submitted,

*/s/ Steven G. Hill*
Steven G. Hill

*Attorney for Plaintiff*